UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EVELINA CALCANO, ON BEHALF OF  :
HERSELF AND ALL OTHER PERSONS  :
SIMILARLY SITUATED,  :
: No.: 1:21-cv-7336
Plaintiffs,  :
:
v.  : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
IYS ENTERPRISES INC.,  :
:
Defendant.  :
:
------------------------------------- x

    Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, IYS ENTERPRISES INC., without prejudice and without fees and costs.

Dated: New York, New York
       February 22, 2022

                                             **GOTTLIEB & ASSOCIATES**

                                             _/s/Michael A. LaBollita, Esq._

                        Michael A. LaBollita, Esq., (ML-9985)
                            150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                      Phone: (212) 228-9795
                                         Fax: (212) 982-6284
                                       Michael@Gottlieb.legal

                                         _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge